IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SCHMID PROSPER,
    Plaintiff,

vs.                              Case No. 5:09cv256/MCR/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.
_____/

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 24, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's federal claims are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

3.    Any state law claims are DISMISSED WITHOUT PREJUDICE.

4.    The clerk is directed to close the file.

DONE AND ORDERED this 31st day of March, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**